IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **DAVID WILLIAMS**, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO.: 3:23-cv-00034-RAM-GAT<br>) |
| **TIMOTHY ALLEN**, | )<br>)<br>) |
| Defendant. | )<br>) |

## MOTION FOR RELEASE OF SECURITY

Plaintiff, **DR. DAVID WILLIAMS** ("DR. WILLIAMS"), by and through his undersigned counsel, hereby files this request for the return of Security posted on May 24, 2024, pursuant to Fed. R. Civ. P. 65(c). As the Court is undoubtedly aware, $10,000.00 was deposited with the Clerk of Court as security for Dr. Williams' Motion for Temporary Restraining Order and Preliminary Injunction, ECF Nos. 72 and 74. Fortunately, the parties have resolved their disputes and a Stipulation for Dismissal with Prejudice was filed on May 22, 2025, ECF No. 126. Accordingly, as this matter has been fully resolved and the case has been formally closed, Dr. Williams respectfully requests release and return of the $10,000.00 security deposited.

Respectfully submitted,

**DUDLEY NEWMAN FEUERZEIG LLP**

**DATED:** May 23, 2025         By: /s/Claire E. Anaclerio
**CLAIRE E. ANACLERIO**  (V.I. Bar No. R2018)
Law House – 1000 Frederiksberg Gade
St. Thomas, VI 00802-6736
P.O. Box 756
St. Thomas, VI  00804-0756
Telephone:    (340) 774-4422
E-Mail:        canaclerio@DNFvi.com

Attorneys for Plaintiff, DR. DAVID WILLIAMS

David Williams v. Timothy Allen
Case No. 3:23-cv-00034-RAM-GAT
Motion for Release of Security
Page 2 of 2

## CERTIFICATE OF SERVICE

It is hereby certified that on this 23rd day of May 2025, I electronically filed the foregoing **MOTION FOR RELEASE OF SECURITY** and served same upon the Defendant by means of the electronic case filing system and via conventional service and email addressed to:

Timothy Allen
515 Heron Run Ct.
Alpharetta, GA 30004
E-Mail: tallencrew@gmail.com


/s/ Claire E. Anaclerio

R:\DOCS\7841\1\PLDG\35L226002.DOCX